## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-00120-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JAIRON SAMUEL SOSA-SALGUERO,

      Defendant.

---

## ORDER

---

      PURSUANT to and in accordance with the Order entered by Senior Judge Wiley Y. Daniel, it is

      ORDERED that Defendant JAIRON SAMUEL SOSA-SALGUERO is sentenced to TIME SERVED.

      Dated at Denver, Colorado, this 13th   day of May 2015.


BY THE COURT:


      s/Wiley Y. Daniel
      Senior Judge Wiley Y. Daniel
      United States District Judge